IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

LEIF WHITE,

        Appellant,

v.

REEMPLOYMENT
ASSISTANCE APPEALS
COMMISSION and NEXUS
STAFFING SOLUTIONS,

        Appellees.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-4639

Opinion filed February 11, 2015.

An appeal from an order of the Reemployment Assistance Appeals Commission.
Frank E. Brown, Chairman.

Leif White, pro se, Appellant.

Norman A. Blessing, General Counsel, and Louis A. Gutierrez, Assistant Court
Chief, Tallahassee, for Appellee Reemployment Assistance Appeals Commission.

PER CURIAM.

      AFFIRMED. See Hill v. Unemployment Appeals Comm'n, 686 So. 2d 658,

659 (Fla. 5th DCA 1996); Ahlswede v. Brumm Contracting, Inc., 583 So. 2d 438

(Fla. 3d DCA 1991).

MARSTILLER and RAY, JJ, and TERRELL, TERRY D., ASSOCIATE JUDGE, CONCUR.